IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANDANA UPADHYAY, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>AETNA LIFE INSURANCE COMPANY, a Connecticut corporation,<br><br>    Defendant. | Case No. C 13-01368 SI<br><br>**JUDGMENT** |

Defendant's motion for summary judgment was granted, and plaintiff's motion for reconsideration of that order was denied. Judgment is entered accordingly, in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 4, 2014

_____
SUSAN ILLSTON
United States District Judge